Decided April 12, 2007

## STATE OF CONNECTICUT *v.* JOHN BOSSE

The defendant's petition for certification for appeal from the Appellate Court, 99 Conn. App. 675 (AC 26873), is denied.

*Christopher Y. Duby*, special public defender, in support of the petition.

*Timothy F. Costello*, special deputy assistant state's attorney, in opposition.

Decided April 12, 2007

## ELIAS MORALES *v.* COMMISSIONER OF CORRECTION

The petitioner Elias Morales' petition for certification for appeal from the Appellate Court, 99 Conn. App. 506 (AC 27140), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*Christopher M. Neary*, special public defender, in support of the petition.

Decided April 12, 2007